JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA — WESTERN DIVISION

| | |
|---|---|
| MARSHA WALKER,<br><br>　　　Plaintiff,<br><br>　　vs.<br><br>APPLIED DATA FINANCE, LLC et. al.<br><br>　　　Defendants. | Case No.: 2:25-cv-01188-HDV-KS<br><br>[~~PROPOSED~~] ORDER |

### [~~PROPOSED~~] ORDER

Pursuant to the stipulation of the Parties, defendant **Applied Data Finance LLC** is dismissed with prejudice and each party shall bear its own attorneys' fees and costs.

　　IT IS SO ORDERED.

DATED: 9/3/25

　　　　　　　　　　　　　　　　　　　　Hon. Hernan D. Vera
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE